AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| **Daniel Elkins** | ) | Case No.   1:26-MJ-130(PJE) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**FILED**
U.S. DISTRICT COURT - N.D. OF N.Y.
AT _____ O'CLOCK
John M. Domurad, Clerk - Albany
JUN 09 2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about March 3, 2026 in the county of Warren, in the Northern District of New York the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography |

This criminal complaint is based on these facts:
See Attached Affidavit.

☒     Continued on the attached sheet.

_____
Complainant's signature    #9795

Youstina Aziz, Special Agent HSI
_____
Printed name and title

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: 6/9/2026

_____
Judge's signature

City and State:     Albany, New York

Hon. Paul J. Evangelista, U.S. Magistrate Judge
_____
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Youstina Aziz, being duly sworn, depose and state as follows:

### INTRODUCTION

1.  I am a Special Agent with the US Immigration and Customs Enforcement Office of Homeland Security Investigations ("HSI") and have been since September 2020. As such I am an investigative or law enforcement officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1). Prior to my tenure as a Special Agent with HSI, I was a Deputy Sheriff with the Albany County Sheriff's Office and a Police Officer with the Troy Police Department. I have completed the HSI Special Agent Training program at the Federal Law Enforcement Training Center in Glynco, GA. During both basic training, and subsequent training, I received instruction on conducting online child pornography investigations. I have also been the affiant for several Federal search warrants to include warrants for residential and online account searches and participated in the execution of Federal search warrants involving child pornography and child exploitation investigations.

2.  I have been investigating Daniel ELKINS for violating 18 U.S.C. § 2252A(a)(2)(A) (receipt of child pornography) (the "Subject Offense"). I submit this affidavit in support of a criminal complaint charging ELKINS with the Subject Offense.

3.  The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from others during my participation in this investigation, including other law enforcement officers, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described here, and information gained through my training and experience. This affidavit does not set forth everything I know about this investigation because it is submitted for the limited purpose of securing a criminal complaint charging ELKINS with the Subject Offense.

**PROBABLE CAUSE**

4. In January 2026 and March 2026, the New York State Police Internet Crime Against Children (ICAC) Task Force received multiple Cybertip reports from the National Center for Missing and Exploited Children (NCMEC). On January 16, 2026 at 21:05:36 UTC, NCMEC received CyberTip report number 228070473 reporting that possible child sexual abuse material had been uploaded to their server by the Synchronoss cloud storage account associated with Verizon Wireless phone number, 518-415-7320. "Synchronoss Technologies Inc." refers to the cloud-based storage provider for anything stored on the Verizon Cloud. It refers to an online storage medium on the internet accessed from a cell phone, computer, tablet, or other electronic storage device used by a Verizon Wireless subscriber. Synchronoss Technologies Inc. notified that 32 files containing suspected child sexual abuse material was uploaded to Synchronoss servers by the subject.

5. On March 5, 2026 at 21:06:41 UTC, NCMEC received CyberTip report number 231271453 reporting that possible child sexual abuse material had been uploaded to their server by the Synchronoss cloud storage account associated with Verizon Wireless phone number 518-415-7320. Synchronoss Technologies Inc. notified that 56 files containing suspected child sexual abuse material was uploaded to Synchronoss servers by the subject.

6. On March 10, 2026, the ICAC in Albany, NY received CyberTip report nmnbers 228070473 and 231271453 from NCMEC. NYSP investigators viewed the files associated with the Cybertips and determined that the files did contain child pornography. One of the files reported under Cybertip report 228070473 is described as follows:

   a. Filename: 8ff3bl75bc884fd79b5bc7e0b5d3aa49 7c28a5114642c7c512743aa64e0lc525cfl2b0822bbcdfd5694 ldac8e40a43af was uploaded from IP Address 74.70.248.246 on January 15, 2026 at 17:51 :12 UTC. The file is a video that is approximately 49 seconds long depicting a prepubescent

female laying naked with pink socks on her back with her feet pulled in and her knees up on a bed with brown sheets. The female is holding a gray rabbit stuffed animal in her left hand and appears to be crying. The female puts one of the rabbit's ears in her mouth and clamps her teeth on the ear. A naked adult male with an erect penis enters the frame and manipulates the female's legs apart. The male uses his left hand to move his erect penis to the female's vagina. The male then inserts his penis into the female's vagina.

7. One of the files reported under Cybertip 231271453 is described below:

1. Filename: 8ff3b 17 5bc884fd79b5bc7e0b5d3aa49 _ c4778f5be6b6ba043 l d985a928ad48f3afl 9e00 lf5dd736263 51 dab89ce8e4d2 was uploaded on IP Address 74.70.248.246 on March 4, 2026 at 04:42:16 UTC. The file is a video that is approximately 56 seconds long depicting a prepubescent female wearing blue pants and a gray shirt facing away from the camera standing up against a yellow wall in the doorway. A naked male with an erect penis is behind the female and he pulls her pants down exposing her naked buttock. The male bends down and appears to place his penis in, or in the area of, the female's vagina. A watermark-appears in the video of "@pedvia". The watermark'moves to various places on the screen for the duration of the video. The. male begins to thrust his hips and engages in what appears to be insert his penis into the female child's vagina with the female.

8. On March 17, 2026 a federal summons was issued to Verizon Wireless regarding subscriber information for the Verizon Wireless phone number 518-415-7320. The response from Verizon indicated that the owner of the account was a person named Daniel Elkins residing

on Sewell St in Lake George, NY. The account has been continuously active from 10/18/2022 to present.

9. On March 18, 2026, a federal summons was, issued to Charter Communications regarding subscriber information for the IP Address of74.70.248.246 on 01/15/2026 at 17:51:12 UTC and 03/04/2026 at 04:42: 16 UTC. The response from Charter Communications indicated that the owner of the account was Daniel Elkins residing on Sewell St, Lake George  with a username of smotch518@gmail.com.

10. On May 19, 2026, a state search warrant was issued to Synchronoss Technologies, Inc. for the subject user account associated with the Verizon Wireless phone number 518-415-7320. On May 26,2026, the Synchronoss Content Abuse Team responded to the state warrant. The requested material was downloaded from the Synchronoss Technologies Inc. secure website and the content was reviewed by NYSP investigators. In addition to the files that were attributed to the owner of the account Daniel Elkins, one of the files that was contained in the download is described below:

   a. Filename:  VID _ 20260320_ 175032_238.mp4. The video is a 12-minute video which depicts a prepubescent female child sitting on a bed wearing a pink tank top with multi-colored hearts on it and camouflage shorts. The female completely undresses and begins to masturbate. At the 2:52 minute mark of the video the female sits at the end of the bed and the male inserts his erect male penis into the mouth of the child. At the 5:40 minute mark the prepubescent female wraps her legs around the adult male who is laying on his back on the bed and the male inserts his penis into the vagina of the female child. At the 11:25 mark of the video the female is standing in a shower area. The female kneels down on the tile floor and the male stands over her and urinates on her face and in her mouth.

11. Based on the fact above, NYSP investigator received a warrant for the search of ELKINS person and residence on Sewell Street in Lake George. Upon execution of the warrant, ELKINS was located and detained. A Samsung S24 FE, bearing Serial Number R5CY511A7KE, was located on ELKIN's person. The phone was seized and manually previewed on site. ELKINS voluntarily consented to be transported to NYSP Barracks located in Queensbury, NY. Upon arrival, ELKINS was read his *Miranda* rights and interviewed.

12. Upon manual review of the device in airplane mode, multiple applications were previewed, including Telegram. The Telegram account, username @smotcH11, stated to be associated with phone number 518-415-7320. This is the same phone number associated with the Cybertip reports received from Synchronoss, who's subscriber is ELKINS. Within the Storage Usage folder found in the Telegram account, displayed the composition of the shared and stored cached content in Telegram. The video content is comprised of 16.31 GB of data. Upon review of the video content, multiple files of child pornography were located. Two of the files located are described below:

   a. Filename: VID_20250128_1941... saved to cache on March 03 at 11:06 PM; a video file that 4.2 MB in size the depicts a naked 6 months to 1 year old infant being held by a seated and naked adult male. The lifts the naked infant and inserts his erect penis into the anus of the infant.

   b. Filename: VID_20240707_1248...... saved to cache on March 03 at 11:36 PM; a video file that is 10.3 MB in size that depicts a 4 to 6 year old female child and an adult. The female child is holding the adult male's erect penis and the adult male is inserting his penis into the female child mouth. The watermark '@pedvia' appears on screen throughout the video.

**CONCLUSION**

13. Based on the information above, there is probable cause to believe that Daniel A. ELKINS

has violated 18 U.S.C. §2252A(a)(2)(A) (receipt of child pornography), and I request a

criminal complaint be issued pursuant to that violation of federal law.

Youstina Aziz
Special Agent
Homeland Security Investigations

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this

affidavit was attested to by the affiant by Microsoft Teams on June 9, 2026, in accordance with Rule

4.1 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
U.S. Magistrate Judge